IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES V. FRAZIER,

    Petitioner,

v.

RESPONDENT,

    Respondent.

ORDER

Case No. 21-cv-528-bbc

---

Petitioner James V. Frazier seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 10, 2021.

ORDER

IT IS ORDERED that:

1. Petitioner James V. Frazier may have until September 10, 2021, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 10, 2021, I will assume that petitioner wishes to withdraw this petition.

Entered this 20th day of August, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge