IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES FRAZIER,

    Petitioner,

    v.                                           Case No. 21-cv-528-bbc

BUREAU OF PRISONS, RRM KANSAS
CITY, RESIDENTIAL REENTRY OFFICE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing James Frazier's petition for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice.

    /s/                                                 10/6/2021
Peter Oppeneer, Clerk of Court                 Date